UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CALVARY MT. SI, and CALVARY CHAPEL TRI-CITIES,<br><br>      Plaintiff,<br><br> v.<br><br>JAY INSLEE, in his official capacity as Governor of Washington; JOHN WIESMAN, in his official capacity as Washington Secretary of Health; and DOES 1-50<br><br>      Defendants. | NO: 4:20-CV-5094-TOR<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

 BEFORE THE COURT is Plaintiffs' Notice of Voluntary Dismissal of Complaint. ECF No. 2. Because Defendants Inslee, Wiesman, and DOES 1-50 have neither filed an answer nor moved for summary judgment, Plaintiffs have an absolute right to voluntarily dismiss this case. Fed. R. Civ. P. 41(a)(1)(A)(i).

 ACCORDINGLY, IT IS HEREBY ORDERED:

 All claims and causes of action against Defendants Jay Inslee, John Wiesman, and DOES 1-50 are DISMISSED without prejudice.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

The District Court Executive is directed to enter this Order, enter judgment, close the file, and furnish copies to counsel.

DATED June 22, 2020.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2